UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AM RESEARCH GROUP, LLC,<br>    *Plaintiff,*<br><br>vs.<br><br>MATRIX COMPOSITES &<br>ENGINEERING (US), INC.,<br>    *Defendant,*<br><br>vs.<br><br>BALMORAL OFFSHORE, INC.,<br>    *Defendant.* | Civil Action No. 2:17-cv-610<br>(Lead Case)<br><br>Civil Action No. 2:17-cv-609<br>(Consolidated Case)<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO DISMISS WITH PREJUDICE BASED ON THE
PARTIES' SETTLEMENT AGREEMENT**

Plaintiff AM Research Group, LLC ("AMRG"), Defendant Matrix Composites & Engineering (US), Inc. ("Matrix"), and Defendant Balmoral Offshore, Inc. ("Balmoral")(collectively "Parties") jointly file this their Joint Motion to Dismiss with Prejudice Based on the Parties' Settlement Agreements. In support, Parties respectfully show as follows:

Parties have fully and finally settled all claims and counterclaims (known or unknown, pled or unpled) between each other relating to United States patent No. 6,435,775 and the subjects of this lawsuit by entering into binding Settlement Agreements. Based on their respective Settlement Agreements, there is no need for this case to continue. Parties respectfully move the Court to dismiss this case with prejudice.

Each Party has agreed to bear its own attorneys' fees, expenses, and costs.

A proposed order for dismissal is enclosed.

Date: July 6, 2018         Respectfully submitted,

      /s/Bradford T. Laney
Bradford T. Laney
1800 Augusta Drive, Suite 300
Houston, TX 77057
713-429-8050 (telephone)
713-429-8045 (facsimile)
Email: blaney@amrgco.com

**GENERAL COUNSEL FOR PLAINTIFF AM RESEARCH GROUP, LLC**

**FISH & RICHARDSON P.C.**

/s/ Tom Gorham
Leonard E. Davis
Texas Bar No. 05521600
ldavis@fr.com
Tom Gorham
Texas Bar No. 24012715
gorham@fr.com
Andria R. Crisler
Texas Bar No. 24093792
crisler@fr.com
Lance Wyatt
Texas Bar No. 24093397
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Fax: 214-747-2091

**COUNSEL FOR DEFENDANT MATRIX COMPOSITES & ENGINEERING (US), INC.**

EWING & JONES, PLLC

/s/ Keith Jaasma
_____
Keith D. Jaasma
SBT No: 00794014
kjaasma@ewingjones.com
David M. Crimmins, II
SBT No: 24055360
dcrimmins@ewingjones.com
6363 Woodway, Suite 1000
Houston, Texas 77057
(713) 590-9600 - Telephone
(713) 590-9602 – Facsimile

**COUNSEL FOR DEFENDANT,
BALMORAL OFFSHORE, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that he served opposing counsel with this Motion through the Court's ECF/PACER filing system.

                                             */s/ Bradford T. Laney*
                                             **Bradford T. Laney**